UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

                                                                 Chapter 13

MICHAEL HYNES                                   Case No.:   23-71238-845

                        Debtor(s)
--------------------------------------------------------X

## **CERTIFICATE OF NO OBJECTION**

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

- On June 12, 2023, Michael J. Macco, Chapter 13 Trustee filed a Motion to Dismiss.

- Contemporaneously with the Motion, Michael J. Macco, Chapter 13 Trustee filed a notice of hearing on the Motion for July 20, 2023 at 1:00 P.M.

- Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received not later than 7 days before the hearing date. (the "Objection Deadline").

- The Objection Deadline has passed and no objection or other responsive pleadings to the Motion have been received by the Movant or filed with the Court.   Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing.


Dated:   July 19, 2023                               */s/ Michael J. Macco*
                                                               MICHAEL J. MACCO
                                                               Chapter 13 Trustee
                                                               2950 Express Drive South- Suite 109
                                                               Islandia, New York 11749